**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| United States of America, | ) |
| | ) |
| v. | )    **CRIMINAL ACTION NO.** |
| | )    **1:09-CR-490** |
| The Public Warehousing Company | ) |
| K.S.C., a/k/a Agility, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE OF SPECIAL APPEARANCE**

Pursuant to the Notice of Special Appearance of Jones Day, Docket #9, and the Resolution attached hereto as Exhibit A, please enter the limited and special appearance of Anne M. Johnson for The Public Warehousing Company, K.S.C., a/k/a Agility ("PWC") for the limited purpose of considering jurisdictional issues in this action.  Attached hereto as Exhibit A is the Resolution of PWC authorizing Jones Day and Vinson & Elkins to appear specially for the limited purpose of considering jurisdictional issues in this action.

ATI-2412516v2

- 2 -

Dated:        February 26, 2010             Respectfully submitted,


                                            s/Anne M. Johnson
                                            Anne M. Johnson
                                            Ga. Bar No. 392229
                                            JONES DAY
                                            1420 Peachtree Street, N.E.
                                            Suite 800
                                            Atlanta, GA  30309-3053
                                            Telephone:  (404) 521-3939
                                            Facsimile:   (404) 581-8330

                                            Attorney for Defendant

EXHIBIT A



# PWC
شركـة الـمخــازن الـعـمـوميـة ش.م.ك.
The Public Warehousing Company KSC

# RESOLUTION

19 November 2009

We, the Board of Directors of Public Warehousing Company K.S.C. ("PWC"), an entity organized under the laws of the State of Kuwait, with its mailing address at P.O. Box 25418, Safat, Kuwait, and its physical address at Sulaibiya, Behind Customs Clearing Area, Kuwait 13115, hereby appoint special litigation counsel in the United States, specifically the law firms of Jones Day of Atlanta, Georgia and Vinson & Elkins LLP of Washington, DC, to appear specially in response to the summons and indictment in the case pending in the United States District Court for the Northern District of Georgia entitled United States of America v. The Public Warehousing Company K.S.C., criminal docket number 1:09-cr-00490-UNA-1, in which PWC is charged with several violations of Title 18 of the United States Code.

Said special litigation counsel is authorized to make a special appearance before the court solely to contest jurisdictional issues and is further instructed to take no action beyond that authorized without further instruction other than action that special litigation counsel determines necessary to support any jurisdictional objections that are raised.

IN WITNESS WHEREOF we cause this Resolution to be approved.

Tarek Sultan
Chairman & Managing Director
Public Warehousing Company K.S.C.

[Seal of the company]



++ 965
Tel.: 809222 : ت
Fax : 4679617 : ف
www.pwclogistics.com

ص.ب. ٢٥٤١٨ الصفـاة الكـويت ١٣١١٥
PO Box 25418 Safat 13115 Kuwait

الصليـبـيـة – بجـانب جـمـارك وارد البـر
Sulaibia - Beside Land Customs Clearing Area

## CERTIFICATE OF SERVICE

I hereby certify that on this day I have caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filings to the following attorneys of record:

Barbara E. Nelan
Office of United States Attorney
75 Spring Street, S.W.
600 United States Courthouse
Atlanta, Georgia 30303
Email: barbara.nelan@usdoj.gov

Richard E. Reed
U.S. Department of Justice
75 Spring Street, S.W.
Suite 1176
Atlanta, Georgia 30303
Email: richard.reed@usdoj.gov

This 26th day of February, 2010.

s/Anne M. Johnson
Anne M. Johnson

ATI-2412516v2