### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | **CRIMINAL ACTION FILE NO.** |
| | : | **1:09-CR-490-TWT/AJB** |
| THE PUBLIC WAREHOUSING | : | |
| COMPANY K.S.C., | : | |
| a/k/a Agility, | : | |
| | : | |
| Defendant. | : | |

## O R D E R

Upon good cause having been shown, the motion for continuance of briefing scheduled regarding motion to quash service of process by Defendant The Public Warehousing Company, K.S.C., a/k/a Agility ("PWC") is **GRANTED**.

PWC shall perfect the motion to quash on or before March 12, 2010. The Government's response shall be due on or before March 26, 2010 and PWC's reply brief shall be due on April 2, 2010.

Because the Court finds that the continuance is necessary for adequate preparation time, the need for the continuance outweighs the defendant and public's right to a speedy resolution of this case. Accordingly, the Clerk is **DIRECTED** to exclude the additional time pursuant to 18 U.S.C. § 3161(h)(7)(A).

AO 72A
(Rev.8/8
2)

**IT IS SO ORDERED and DIRECTED**, this the 26th day of February, 2010,

*nunc pro tunc February 25, 2010.*

           **ALAN J. BAVERMAN**
           **UNITED STATES MAGISTRATE JUDGE**

AO 72A
(Rev.8/8
2)